**Opinion issued February 13, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00638-CV

———————————

## MOHAN TANWAR D/B/A STAR FOOD MART, Appellant

## V.

## DIXIE FARM TEXACO, INC. D/B/A CITYWIDE ATM, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1015589**

---

## MEMORANDUM OPINION

Appellant, Mohan Tanwar d/b/a Star Food Mart, has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b)

(allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.